AO 91 (Rev. 01/09)  Criminal Complaint

**Eastern District of Kentucky**
**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**

MAR 1 2 2010

AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

| United States of America | )
| v. | )
| Dionisio Santiago-Gijon | )  Case No.  _10-5082m_
| _Defendant_ | )

Mar 12, 2010

JAMES B. TODD
U.S. MAGISTRATE JUDGE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  _03/05/2010_  in the county of  _Fayette_  in the  _Eastern_  District of

_Kentucky_ , the defendant violated  _18_  U. S. C. §  _1073_  , an offense described as follows:

Beginning on or about March 5, 2010, the exact date unknown, Dionisio Santiago-Gijon, did travel in interstate commerce with the intent to avoid prosecution in the Bourbon Circuit Court for the felony offenses of Kidnapping-Adult, K.R.S. 509.040 and Murder, K.R.S. 507.020, all in violation of Title 18, United States Code, Section 1073.

This criminal complaint is based on these facts:

Please SEE Attached Affidavit of Deputy United States Marshal Gary Heiden.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Deputy United States Marshal Gary Heiden
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _3/12/10_

_____
_Judge's signature_

City and state:          Lexington, Kentucky

James B. Todd, United States Magistrate Judge
_____
_Printed name and title_